1  Renée Welze Livingston (SBN 124280)
   Jason G. Gong (SBN 181298)
2  LIVINGSTON LAW FIRM
   A Professional Corporation
3  1600 South Main Street, Suite 280
   Walnut Creek, CA  94596
4  Tel:  (925) 952-9880
   Fax: (925) 952-9881
5
   Attorneys for Defendant
6  TURTLE TOWER RESTAURANT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | Case No. 3:10-CV-03279-BZ |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| TURTLE TOWER RESTAURANT, CITI PROPERTIES DE LLC, a Delaware limited liability company and PHAM LLC, a California limited liability company, | |
| | Complaint Filed:  July 27, 2010 |
| | Trial Date:  None |
| Defendants. | |

Plaintiff CRAIG YATES ("plaintiff"), an individual, and Defendant TURTLE TOWER RESTAURANT ("defendant Turtle Tower"), by and through their respective counsel of record, hereby request and make the following stipulation:

1. Whereas, plaintiff, having not received a responsive pleading from defendant CITI PROPERTIES DE LLC, a Delaware limited liability company ("CITI PROPERTIES"), and having not received any communication in response to inquiries made by plaintiff's counsel to counsel for defendant CITI PROPERTIES concerning defendant's answer;

2. Whereas, plaintiff subsequently investigated and discovered that the ownership interest once held by defendant CITI PROPERTIES in 631 Larkin Street, San Francisco, CA 94109 (the property where the Turtle Tower Restaurant is located) had been judicially foreclosed by the San Francisco Superior Court in the matter of *WBCMT 2007-C31 Buchanan Street, Ltd. v.*

1  *Ritz Apartments DE, LLC*, *et al.,* (S.F. Superior Court Case No. CGC-09-488876) in favor of
2  plaintiff WBCMT 2007-C31 Buchanan Street, Ltd.;
3      3.   Whereas, the judicial foreclosure proceeding transferred title and ownership interest
4  in the property located at 631 Larkin Street from defendant CITI PROPERTIES to WBCMT
5  2007-C31 Buchanan Street, Ltd.;
6      4.   Whereas, plaintiff seeks to prosecute his action against the owner of the Turtle Tower
7  Restaurant and the owner of the property located at 631 Larkin Street;
8      5.   Whereas, defendant Turtle Tower previously filed its answer to plaintiff's complaint
9  on October 5, 2010;
10     **IT IS SO STIPULATED:**
11     That plaintiff may file a First Amended Complaint to name WBCMT 2007-C31
12  Buchanan Street, Ltd. as a defendant and that the answer previously filed by defendant Turtle
13  Tower on October 5, 2010 may serve as defendant's answer to the First Amended Complaint.

                                                        Respectfully submitted,

Dated:  May 20, 2011                                    THOMAS E. FRANKOVICH,
                                                        *A PROFESSIONAL LAW CORPORATION*


                                                            */s/ Thomas E. Frankovich*

                                                        By: _____
                                                            Thomas E. Frankovich
                                                            Attorneys for Plaintiff CRAIG YATES, an
                                                            individual


Dated:  May 20, 2011                                    LIVINGSTON LAW FIRM

                                                            */s/ Jason G. Gong*

                                                        By: _____
                                                            Jason G. Gong
                                                            Attorneys for Defendant
                                                            TURTLE TOWER RESTAURANT

///

---

*Yates v. Turtle Tower Restaurant, et al.*, Case No. 3:10-CV-03279 BZ
Stipulation and [Proposed] Order for Leave to File First Amended Complaint
2

# ORDER

**IT IS HEREBY ORDERED** that plaintiff CRAIG YATES, an individual, may file a First Amended Complaint in this matter and that the answer previously filed by defendant Turtle Tower on October 5, 2010 may serve as defendant's answer to the First Amended Complaint.

DATED: May 20, 2011

_____
Honorable Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

---

*Yates v. Turtle Tower Restaurant, et al.*, Case No. 3:10-CV-03279 BZ
Stipulation and [Proposed] Order for Leave to File First Amended Complaint
3