1  Phillip K. Wang (SBN 186712)
   pwang@duanemorris.com
2  Philippe A. Toudic (SBN 173819)
   patoudic@duanemorris.com
3  **DUANE MORRIS LLP**
   Spear Tower
4  One Market Plaza, Suite 2200
   San Francisco, CA  94105-1127
5  Telephone: +1 415 957 3000
   Facsimile: +1 415 957 3001
6
   Attorneys for WBCMT 2007-C31 Buchanan Street
7  Limited Partnership

8

9              **IN THE UNITED STATES DISTRICT COURT**

10             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12 | CRAIG YATES, an individual, | Case No.: CV-10-3279-BA |
|---|---|
| Plaintiff, | **SECOND STIPULATION EXTENDING TIME FOR WBCMT 2007-C31 BUCHANAN STREET LIMITED PARTNERSHIP TO ANSWER PLAINTIFF'S COMPLAINT** |
| v. | |
| TURTLE TOWER RESTAURANT; WBCMT 2007-C31 BUCHANAN STREET LTD; and PHAM LLC, a California limited liability company, | |
| Defendants. | |

19         Plaintiff CRAIG YATES ("Plaintiff"), and Defendant WBCMT 2007-C31 BUCHANAN

20 STREET LIMITED PARTNERSHIP (incorrectly named herein as WBCMT 2007-C31

21 BUCHANAN STREET, LTD) ("Defendant"), by and through their respective counsel, respectfully

22 request and make the following stipulation:

23         1.     WHEREAS, Defendant was personally served with the summons and complaint on

24 June 21, 2011, an answer to the complaint was due on July 12, 2011; and

25         2.     WHEREAS, Plaintiff and Defendant desired to negotiate a settlement of this matter

26 and, in connection with such settlement stipulated to an extension of time for Defendant to answer

27 Plaintiff's complaint to and including August 22, 2011; and

28

SECOND STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

3. WHEREAS, Plaintiff and Defendant have agreed to a settlement in principle and are finalizing a form of settlement agreement;

4. WHEREAS, Plaintiff has agreed to grant defendant a further extension of time to respond to the Complaint in order to complete the documentation of the parties' settlement; and

6. WHEREAS, Defendant further stipulates that defendant will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by this court prior to the date on which defendant's responsive pleading is due.

IT IS STIPULATED:

That the last day for defendant WBCMT 2007-C31 BUCHANAN STREET LIMITED PARTNERSHIP to respond to the complaint shall be extended up to and including September 21, 2011.

Dated: August 22, 2011        **DUANE MORRIS LLP**

                              By:    /s/ Phillip K. Wang
                                  Phillip K. Wang
                                  Philippe A. Toudic
                                  Attorneys for WBCMT 2007-C31 Buchanan Street
                                  Limited Partnership


Dated: August 22, 2011        **THOMAS E. FRANKOVICH**
                              A PROFESSIONAL LAW CORPORATION

                              By:    /s/ Thomas E. Frankovich
                                  Thomas E. Frankovich
                                  Attorneys for Plaintiff Craig Yates



Dated: 8/22/2011

IT IS SO ORDERED
Judge Bernard Zimmerman

SECOND STIPULATION EXTENDING TIME TO ANSWER COMPLAINT