1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA 94903
   Telephone:  415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG YATES, an individual, | ) | **CASE NO. CV-10-3279-BZ** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND** [PROPOSED] **ORDER RE PLAINTIFF'S LEAVE TO AMEND THE COMPLAINT** |
| v. | ) | |
| TURTLE TOWER RESTAURANT; WBCMT 2007-C31 BUCHANAN STREET, LTD; and PHAM LLC, a California limited liability company, | ) | |
| Defendants. | ) | |

Plaintiff CRAIG YATES, an individual, and Defendants WBCMT 2007-C31 BUCHANAN STREET, LTD; and PHAM LLC, a California limited liability company, by and through the parties respective counsel in the above-mentioned case hereby make the following stipulation:

1. **Whereas**, defendant PHAM LLC, a California limited liability company is the tenant and previously filed its answer to plaintiff's complaint on October 4, 2010; and

2. **Whereas**, the original landlord, defendant CITI PROPERTIES DE LLC, a Delaware limited liability company was foreclosed upon by defendant WBCMT 2007-C31 BUCHANAN STREET, LTD, who became the second landlord in this litigation; and

///

///

3. **Whereas,** plaintiff CRAIG YATES and defendant WBCMT 2007-C31 BUCHANAN STREET, LTD have reached a monetary settlement agreement regarding the above-captioned matter, and dismissal papers will be filed shortly between plaintiff and defendant WBCMT 2007-C31 BUCHANAN STREET, LTD; and

4. **Whereas,** defendant WBCMT 2007-C31 BUCHANAN STREET, LTD sold the property to AP SF 631 Larkin LLC before the equitable relief could be addressed; and

5. **Whereas,** AP SF 631 Larkin LLC is now the current landlord and is jointly and severally liable for the removal of barriers with its tenant, defendant PHAM LLC, a California limited liability company; and

6. **Whereas,** plaintiff CRAIG YATES encountered barriers on July 6, 2011, August 25, 2011 and August 29, 2011, while AP SF 631 Larkin LLC owned the property; and

7. **Whereas,** plaintiff seeks to prosecute his action against AP SF 631 Larkin LLC for injunctive relief and monetary damages.

**IT'S STIPULATED** and requested that plaintiff CRAIG YATES be permitted to file a Second Amended Complaint naming "AP SF 631 Larkin LLC " as a defendant in the above-captioned matter.

Respectfully Submitted,

Dated: October 10, 2011　　THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/Thomas E. Frankovich
Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an individual

Dated: October 10, 2011　　JASON G. GONG,
*LIVINGSTON LAW FIRM*

By: /s/Jason G. Gong
Jason G. Gong
Attorneys for Defendant PHAM LLC, a California limited liability company

STIPULATION RE PLAINTIFF'S LEAVE TO AMEND THE COMPLAINT            2

Dated: 10/10, 2011      PHILIPPE A. TOUDIC,
                        **DUANE MORRIS LLP**

                        By: _____
                            Philippe A. Toudic
                        Attorneys for Defendant WBCMT 2007-C31 BUCHANAN STREET, LTD

### ORDER

Pursuant to the parties' stipulation, **IT IS ORDERED** that plaintiff may file a Second Amended Complaint to name AP SF 631 Larkin LLC as a defendant and that the answer previously filed by defendant PHAM LLC, a California limited liability company on October 4, 2010, may serve as defendant's answer to the Second Amended Complaint.

Dated: 18 Oct, 2011      _____
                         Honorable Bernard Zimmerman
                         UNITED STATES MAGISTRATE JUDGE

STIPULATION RE PLAINTIFF'S LEAVE TO AMEND THE COMPLAINT                             3