1    Jason G. Gong (SBN 181298)
     LAW OFFICE OF JASON G. GONG
2    A Professional Corporation
     2121 N. California Blvd., Suite 290
3    Walnut Creek, CA 94596
     Telephone: (925) 735-3800
4    Facsimile: (925) 735-3801
     Email: jgong@gonglawfirm.com
5
     Attorney for Defendant
6    TURTLE TOWER RESTAURANT

7
                       IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
     CRAIG YATES, an individual,           )    Case No. 3:10-CV-03279-BZ
11                                )
                 Plaintiff,             )
12                                )    **NOTICE OF SUBSTITUTION OF**
         vs.                      )    **COUNSEL; [PROPOSED] ORDER**
13                                )
     TURTLE TOWER RESTAURANT; CITI    )
14    PROPERTIES DE LLC, a Delaware limited    )    Complaint Filed: July 27, 2010
     liability company; and PHAM LLC, a        )    Trial Date: None
15    California limited liability company,        )
                               )
16                  Defendants.           )
                               )
17                                )

18         **TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR**

19    **COUNSEL OF RECORD:**

20         **PLEASE TAKE NOTICE THAT** Defendant TURTLE TOWER RESTAURANT,

21    ("defendant"), hereby substitutes LAW OFFICE OF JASON G. GONG, as defendant's new

22    attorney of record in place of former counsel, LIVINGSTON LAW FIRM. The contact

23    information for new counsel is as follows:

24                 Jason G. Gong (jgong@gonglawfirm.com)
                LAW OFFICE OF JASON G. GONG
25                 A Professional Corporation
                2121 N. California Bivd., Suite 290
26                 Walnut Creek, CA 94596
                Tel: (925) 735-3800
27                 Fax: (925) 735-3801

28    ///

1   ///

2   ///

3   Dated: January 28, 2012                    By: _____
                                                    TURTLE TOWER RESTAURANT
4

5        The undersigned consents to the above substitution.

6        Feb 7,

7   Dated: ~~January 28,~~ 2012                   LIVINGSTON LAW FIRM

8

9                                              By: _____
                                                   Craig A. Livingston
10                                                 Renée Welze Livingston

11
         The undersigned hereby accepts the above substitution.
12

13  Dated: January 28, 2012                       LAW OFFICE OF JASON G. GONG

14

15                                             By: _____
                                                   Jason G. Gong
16                                                 Attorney for Defendant
                                                   TURTLE TOWER RESTAURANT
17

18

19       IT IS SO ORDERED.

20

21  Dated: _____                     _____
                                               Honorable Bernard Zimmerman
22                                             UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28