United States District Court
Northern District of California

CRAIG YATES, an individual,

    Plaintiff,

    v.

TURTLE TOWER RESTAURANT; AP SF 631 LARKIN LLC, a Delaware Limited Liability Company; and PHAM LLC, a California limited liability company,

    Defendant.

Case No.: CV-10-03279-KAW

ORDER RE PLAINTIFF'S LEAVE TO AMEND THE COMPLAINT

On June 8, 2012, the parties filed a stipulation and proposed order to allow Plaintiff Craig Yates to file a Third Amended Complaint naming Khong Tu as a defendant. The parties also stipulated that Defendant PHAM LLC's answer filed on October 5, 2010 would serve as its answer to the Third Amended Complaint, thereby excusing PHAM LLC from refiling.

IT IS THEREFORE ORDERED that Plaintiff must both file the Third Amended Complaint, which was attached as Exhibit A to the stipulation filed on June 8, 2012 (DKT# 27), and serve it upon Khong Tu within 30 days of this order. Pursuant to the stipulation of the parties, the answer filed by defendant PHAM LLC on October 5, 2010, may serve as its answer to the Third Amended Complaint.

Dated: June 12, 2012

                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge