| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | GEORGE S. KHOURY (State Bar #269738) |
|   | THOMAS E. FRANKOVICH |
| 3 | *A PROFESSIONAL LAW CORPORATION* |
|   | 4328 Redwood Hwy, Suite 300 |
| 4 | San Rafael, CA 94903 |
|   | Telephone: 415/674-8600 |
| 5 | Facsimile: 415/674-9900 |
|   | Attorneys For Plaintiff CRAIG YATES, an individual, |
| 6 | |
| 7 | JOHN M. JULIUS III, Bar No. 112640 |
|   | jjulius@littler.com |
| 8 | LITTLER MENDELSON, P.C. |
|   | 501 W. Broadway |
|   | Suite 900 |
| 9 | San Diego, California 92101.3577 |
|   | Telephone: 619.232.0441 |
| 10 | Facsimile: 619.232.4302 |
| 11 | Attorneys for Defendants |
|   | AP SF 631 LARKIN LLC |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | Case No. CV-10-3279-KAW |
| Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT AP SF 631 LARKIN LLC, a Delaware Limited Liability Company AND [PROPOSED] ORDER THEREON** |
| v. | |
| TURTLE TOWER RESTAURANT; AP SF 631 Larkin LLC, a Delaware Limited Liability Company; PHAM LLC, a California limited liability company; and KHONG TU, an individual, | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of defendant AP SF 631 LARKIN LLC, a Delaware Limited Liability Company in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.

STIPULATION OF DISMISSAL
Firmwide:118969510.1 066685.1004

(No. CV-10-3279-KAW)

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that defendant AP SF 631 LARKIN LLC, a Delaware Limited Liability Company of the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: March 8, 2013

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
    Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an individual

Dated: March 8, 2013

/s/ John M. Julius III
JOHN M. JULIUS III
LITTLER MENDELSON, P.C.
Attorneys for Defendants
AP SF 631 LARKIN LLC

ORDER

IT IS HEREBY ORDERED that defendant AP SF 631 LARKIN LLC, a Delaware Limited Liability Company of the above-caption action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a).

Dated: __3/11__, 2013

Honorable Judge Kandis A. Westmore
UNITED STATE DISTRICT JUDGE

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

STIPULATION OF DISMISSAL
FIRMWIDE:118969510.1 066685.1004

2.

(No. CV-10-3279-KAW)