THOMAS E. FRANKOVICH (State Bar #074414)
GEORGE S. KHOURY (State Bar #269738)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900
tfrankovich@disabilitieslaw.com

Attorney For Plaintiff, CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual<br><br>Plaintiffs,<br><br>v.<br><br>TURTLE TOWER RESTAURANT; AP SF 631 Larkin LLC, a Delaware Limited Liability Company; PHAM LLC, a California limited liability company; and KHONG TU, an individual<br><br>Defendants. | **CASE NO. CV-10-3279-KAW**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

-2-

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: October 10, 2013

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
Thomas E. Frankovich
Attorneys for CRAIG YATES, an individual

Dated: October ___, 2013

ZACKS & FREEDMAN, A Professional Corporation

By:_____
Andrew Zacks
Attorney for Defendants KHONG TU, an individual

Dated: October 10, 2013

LAW OFFICE OF JASON G. GONG

By: /s/ Jason G. Gong
Jason G. Gong
Attorney for Defendant PHAM LLC

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: _____, 2013

_____
Honorable Kandice A. Westmore
UNITED STATES MAGISTRATE JUDGE

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: October __, 2013

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:_____
Thomas E. Frankovich
Attorneys for CRAIG YATES, an individual

Dated: October 9, 2013

ZACKS & FREEDMAN, A Professional Corporation

By:_____
Andrew Zacks
Attorney for Defendants KHONG TU, an individual

Dated: October __, 2013

LAW OFFICE OF JASON G. GONG

By:_____
Jason G. Gong
Attorney for Defendant PHAM LLC

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). ~~IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary~~

Dated: 10/11, 2013

*Kandis Westmore*
Honorable Magistrate Kandice A. Westmore
UNITED STATE DISTRICT JUDGE