| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| | GEORGE S. KHOURY (State Bar #269738) |
| 2 | THOMAS E. FRANKOVICH |
| | *A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy, Suite 300 |
| | San Rafael, CA   94903 |
| 4 | Telephone:    415/674-8600 |
| | Facsimile:    415/674-9900 |
| 5 | tfrankovich@disabilitieslaw.com |

Attorney For Plaintiff , CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual | **CASE NO. CV-10-3279-KAW** |
| Plaintiffs, | **STIPULATION OF DISMISSAL OF DEFENDANT TURTLE TOWER AND [PROPOSED] ORDER THEREON** |
| v. | |
| TURTLE TOWER RESTAURANT; AP SF 631 Larkin LLC, a Delaware Limited Liability Company; PHAM LLC, a California limited liability company; and KHONG TU, an individual | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1)(ii).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between plaintiff CRAIG YATES and defendant TURTLE TOWER to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: October 18, 2013   THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
Thomas E. Frankovich
Attorneys for CRAIG YATES, an individual

Dated: October 18, 2013   LAW OFFICE OF JASON G. GONG

By: /s/ Jason G. Gong
Jason G. Gong
Attorney for Defendant TURTLE TOWER

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1)(ii). ~~IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.~~

Dated: 10/31, 2013

Honorable Kandice A. Westmore
UNITED STATES MAGISTRATE JUDGE